United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Janice Lynn Andujar, Plaintiff )<br><br>v.<br><br>Florida Department of Children and<br>Families and others, Defendants. | )<br>)<br>)<br>)  Civil Action No. 21-23609-Civ-Scola<br>)<br>)<br>) |

**Order Adopting Magistrate Judge's Report and Recommendation**

This case was referred to United States Magistrate Judge Jonathan Goodman, consistent with Administrative Order 2019-02 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On December 8, 2021, Judge Goodman issued a Report, recommending that, upon initial screening in accordance with 28 U.S.C. § 1915, the Court deny the motion to proceed *in forma pauperis* and dismiss all claims. (Report of Magistrate, ECF No. 8.) The Plaintiff has not filed objections to the Report, and the time to do so has passed.

The Court has considered Judge Goodman's Report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 8**). As the Report details, the Plaintiff has filed a number of near-identical lawsuits in this district as well as the Middle District of Florida. *See Andujar v. Deltona Health Care et al.*, No. 1:21-cv-23622-KMW (S.D. Fla.); *Andujar v. 1851 Elkcam Blvd. Ops. LLC et al.*, No. 20-cv-01804-RBD-EJK (M.D. Fla.). In each lawsuit, the Plaintiff filed the complaint pro se, moved to proceed *in forma pauperis*, and, shortly after, the attorney Zeffery Alexander Mims would enter an appearance. The current matter was filed about five months after Judge Dalton in the Middle District of Florida dismissed the Plaintiff's amended complaint, which was, as Judge Goodman explained, "identical in every *material* way" to the current complaint. (ECF No. 8 at 6.)

For the reasons explained in Judge Goodman's Report, the Court **dismisses with prejudice** the Plaintiff's claims against the five state and federal agency Defendants. The Court also **dismisses without prejudice** the claims as to the remaining potential Defendants listed in Exhibit A of the complaint. The Plaintiff may file an amended complaint as to those Defendants—subject to Judge Goodman's admonishments, which the Court

adopts—by **January 6, 2022**. The Court also **denies without prejudice** the motion to proceed *in forma pauperis* (**ECF No. 3**), which the Plaintiff may renew if and when an amended complaint is filed.

The Court directs the Clerk to administratively **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on December 23, 2021.

_____
Robert N. Scola, Jr.
United States District Judge